**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**VIKTOR SERGEYEVICH TITENKO,
A# 076-062-018,**

    Petitioner,

vs.                                  Case No. 4:16cv690-MW/CAS

**ICE DIRECTOR SARAH SALDAÑA,
LORETTA LYNCH, et al.,**

    Respondents.

_____/

**O R D E R**

Petitioner, represented by counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 31, 2016.  ECF No. 1. Service of the petition was directed, ECF No. 4, and Respondents have filed a motion to dismiss the petition as moot.  ECF No. 9.  Petitioner shall have until **February 17, 2017**, in which to file a reply if the motion to dismiss is contested.  Petitioner is advised that the Court may grant the motion to dismiss "by default" if Petitioner does not file opposition to the motion.  N.D. Fla. Loc. R. 7.1(H).

Accordingly, it is

**ORDERED**:

1. Petitioner shall have until **February 17, 2017,** in which to file a reply to the motion to dismiss, ECF No. 9, filed by Respondents.

2. The Clerk of Court shall return this file upon Petitioner's filing of a reply or no later than February 17, 2017.

**DONE AND ORDERED** on January 18, 2017.

                                         <u>S/    Charles A. Stampelos</u>
                                         **CHARLES A. STAMPELOS**
                                         **UNITED STATES MAGISTRATE JUDGE**