**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**VIKTOR SERGEYEVICH TITENKO,
A# 076-062-018,**

      **Petitioner,**

**vs.**                                       **Case No. 4:16cv690-MW/CAS**

**ICE DIRECTOR SARAH SALDAÑA,
LORETTA LYNCH, et al.,**

      **Respondents.**
_____/

## REPORT AND RECOMMENDATION

Petitioner, represented by counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 31, 2016. ECF No. 1. Service of the petition was directed, ECF No. 4, and Respondents filed a motion to dismiss the petition as moot. ECF No. 9. Petitioner was provided an opportunity in which to file a reply if the motion to dismiss was contested. ECF No. 10. Petitioner was advised that the motion could be granted "by default" if Petitioner did not file opposition to the motion. *Id.* (citing N.D. Fla. Loc. R. 7.1(H)). No response was filed.

The motion to dismiss advises that Petitioner was "removed from the United States on January 9, 2017." ECF No. 9 at 1. Attached to the motion is a copy of the Warrant of Removal/Deportation which provides the signature, photograph, and fingerprint of Petitioner, to verify removal. ECF No. 9-1. An immigration officer signed the warrant stating that Petitioner was removed from "JFK" on "Aeroflot # 103" on January 9, 2017. *Id.* at 3.

Accordingly, Respondents have shown that the motion to dismiss should be granted because the petition is moot. By virtue of his removal, Petitioner is no longer in custody and has obtained the relief sought in the petition: "to immediately release Petitioner from custody." ECF No. 1 at 11.

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 9, be **GRANTED** and the petition for writ of habeas corpus filed by Petitioner Viktor Sergeyevich Titenko pursuant to 28 U.S.C. § 2241, ECF No. 1, be **DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on March 2, 2017.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


Case No. 4:16cv690-WS/CAS

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.