UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VIKTOR SERGEYEVICH TITENKO,
A-076-062-018,

        Petitioner,

v.                                                  4:16cv690–WS/CAS

SARAH SALDAÑA, et al.,

        Respondents.

_____

ORDER OF DISMISSAL

        Before the court is the magistrate judge's report and recommendation (doc. 11) docketed March 2, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot. Respondents have advised that Petitioner was removed from this country on January 9, 2017.

        Given Petitioner's removal, this court has determined that the case should be dismissed as moot.

        Accordingly, it is ORDERED:

        1. The magistrate judge's amended report and recommendation (doc. 11) is

adopted and incorporated by reference in this order of the court.

    2. Respondent's motion to dismiss (doc. 9) is GRANTED.

    3. Petitioner's petition for writ of habeas corpus (doc. 1) is hereby

DISMISSED as moot.

    4. The clerk shall enter judgment stating: "All claims are DISMISSED

without prejudice."

    DONE AND ORDERED this __23rd__ day of __March__, 2017.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE